

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2017

No. 04-17-00454-CR

Meredith Owen **BURSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR16-0187
Honorable Susan Harris, Judge Presiding

# O R D E R

The State's appellee's brief was due December 6, 2017, but it has not been filed. We **order** the brief due **December 27, 2017**. If the brief is not filed by the date ordered, the appeal may be set for submission without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2017.

_____
Keith E. Hottle
Clerk of Court